## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

CHAMBERS OF
JOHN G. HEYBURN II
CHIEF JUDGE

UNITED STATES COURTHOUSE
LOUISVILLE, KY 40202
(502) 625-3000
FAX: (502) 625-3639

June 14, 2005

Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:     Calendar Year 2004 Filing

Dear Judge Lisi:

I have enclosed a revised Financial Disclosure Report for 2004 along with three copies. The changes are highlighted in yellow. Hopefully, these new references are adequate. If not, I may give up!

Sincerely,

~~John G. Heyburn II~~

Enclosure

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependant children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 3/15/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SBC Partners Ltd | A | Dividend | | | Liquidation | 10-1 | J | A | |
| 2. | | | | | | – | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Hilliard-Lyon Gov't Fd. | | | | | | | | | |
| 5. Berkshire Hathaway-B | | | | | | | | | |
| 6. Bristol Myers Squibb | | | | | | | | | |
| 7. Chevron | | | | | | | | | |
| 8. Cincinnati Fin. | | | | | | | | | |
| 9. Exxon Mobil | | | | | | | | | |
| 10. MBIA | | | | | | | | | |
| 11. Growth Fd. Of America | | | | | buy | 9-13 | | | |
| 12. Lord Abbett Fd | | | | | sale | 9-10 | K | | All Fd sold |
| 13. HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 14. 12.a. Growth Fd. of America | | | | | buy | 9-13 | K | | |
| 15. Invest.Co.of Am. | | | | | | | | | |
| 16. New Economy Fd. | | | | | sold | 9-13 | | | All Fd sold |
| 17. Smallcap Wld.Fd. | | | | | | | | | |
| 18. OTHER INVESTMENTS | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |
| 20. Anheuser Busch | A | Dividend | L | T | | | | | |
| 21. Berkshire Hathaway | A | Dividend | L | T | | | − | | |
| 22. Bristol Myers Squibb | C | Dividend | N | T | | | | | |
| 23. Brown Forman Inc. | A | Dividend | K | T | | | | | |
| 24. Chevron Corp. | B | Dividend | M | T | | | | | |
| 25. Cincinnati Fin.Corp. | A | Dividend | L | T | | | | | |
| 26. Clorox Co. | A | Dividend | K | T | | | | | |
| 27. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 28. Disne Co. | A | Dividend | K | T | | | | | |
| 29. Ebay Inc. | A | Dividend | K | T | buy | 9-13 | K | | |
| 30. Exxon Mobil | B | Dividend | M | T | | | | | |
| 31. General Electric Co. | B | Dividend | | | sale | 9-10 | K | E | |
| 32. General Electric Co. | B | Dividend | | | sale | 9-10 | K | E | |
| 33. General Electric Co. | B | Dividend | M | T | | | | | |
| 34. Glaxco Smith Kline | A | Dividend | K | T | gift | 1-10 | K | A | |
| 35. Growth Fd. Of America | A | Dividend | L | T | buy | 9-10 | L | | |
| 36. Hilliard Lyons Growth | B | Dividend | K | T | sale | 4-10 | K | A | (partial) |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,901-$6,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $6,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Home Depot Inc. | A | Dividend | L | T | | | | | |
| 38. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 39. MBIA Inc. | A | Dividend | L | T | | | – | | |
| 40. Merck and Co. | A | Dividend | J | T | sale | 5-28 | J | A | (partial) |
| 41. Microsoft | A | Dividend | M | T | sale | 9-10 | K | E | |
| 42. Moodys | A | Dividend | L | T | | | | | |
| 43. Nike | | None | | | | | J | A | all stock sold 4/22/03 |
| 44. Proctor & Gambill | B | Dividend | M | T | | | | | |
| 45. RH Burnhey Inv. LLC | D | Dividend | N | T | | | | | |
| 46. Safeguard Scientifics | A | Dividend | | | sale | 9-10 | J | A | |
| 47. Sara Lee Corp. | A | Dividend | K | T | | | | | |
| 48. Solectron | A | Dividend | | | sale | 9-10 | J | A | |
| 49. Starbucks Corp. | A | Dividend | K | T | buy | 9-13 | K | | |
| 50. SY Bank Corp. | A | Dividend | J | T | buy | 12-4 | J | | |
| 51. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 52. Walgreens | A | Dividend | K | T | | | | | |
| 53. Washington Mut. Inc. | A | Dividend | K | T | buy | 1-10 | K | | |
| 54. Wyeth, formerly Amer. Home Prod. | C | Dividend | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Zebra Tech. | A | Dividend | K | T | buy | 9-13 | K | | |
| 56. Zimmer Hldgs | A | Dividend | K | T | | | | | |
| 57. TRUST - A | D | Dividend | N | T | | | – | | |
| 58. Blackrock Fd. | | | | | | | | | See Note 1 |
| 59. Gen.Elect. | | | | | | | | | |
| 60. National City | | | | | | | | | |
| 61. PNC Bank | | | | | | | | | See Note 2 |
| 62. SY Bank | | | | | | | | | See Note 2 |
| 63. JP Morgan Co. | | | | | buy | 8-1 | J | | |
| 64. TRUST Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | See Note 2 |
| 65. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 66. BP PLC ADR | | | | | | | | | |
| 67. Coca Cola Co | | | | | | | | | See Note 2 |
| 68. Gannett Co. | | | | | | | | | |
| 69. Glaxo Wellcome PLC | | | | | | | | | |
| 70. Honeywell Intl. | | | | | buy | 5-24 | J | | |
| 71. Johnson & Johnson | | | | | | | | | |
| 72. Marsh & McLennan | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Column C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001 $5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place " X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. McGraw-Hill Co. | | | | | buy | 3-20 | J | | (2 3-20-03 |
| 74. National City Corp. | | | | | | | | | |
| 75. Nokia Corp. | | | | | buy | 5-25 | ~J | | |
| 76. Proctor & Gamble | | | | | | | | | |
| 77. Schlumberger Ltd. | | | | | | | | | |
| 78. Verizon Communications | | | | | | | | | |
| 79. CHARITABLE FOUNDATION - H | C | Dividend | M | T | | | | | |
| 80. Hilliard Lyons Growth | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $6,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Note 1 - The Blackrock Fd is a PNC Money Market Fund that I have owned for some time, but specifically identified in 2004. Previously identified as cash, Cash Equiv. Fd., PNC Money Market Fd. or PNC Bond Fd.

Note 2 - This stock was owned in 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date     6-14-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| AO-10 |
|---|
| Rev. 1/2004 |

## AMENDED
## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) HEYBURN II, JOHN G | 2. Court or Organization U.S.D.C.KENTUCKY WESTERN | 3. Date of Report 3/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination. Date ○ Initial ◉ Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 239 U.S. Courthouse Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Charitable Foundation - H |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 27 A 10: 43 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 3/15/2005 |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II; JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SBC Partners Ltd | A | Dividend | | | Liquidation | 10-1 | J | A | |
| 2. | | | | | | | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Hilliard-Lyon Gov't Fd. | | | | | | | | | |
| 5. Berkshire Hathaway-B | | | | | | | | | |
| 6. Bristol Myers Squibb | | | | | | | | | |
| 7. Chevron | | | | | | | | | |
| 8. Cincinnati Fin. | | | | | | | | | |
| 9. Exxon Mobil | | | | | | | | | |
| 10. MBIA | | | | | | | | | |
| 11. Growth Fd. Of America | | | | | buy | 9-13 | | | |
| 12. HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 13. 12.a. Growth Fd. of America | | | | | buy | 9-13 | | | |
| 14. Invest.Co.of Am. | | | | | | | | | |
| 15. New Economy Fd. | | | | | sold | 9-13 | | | |
| 16. Smallcap Wld.Fd. | | | | | | | | | |
| 17. OTHER INVESTMENTS | | | | | | | | | |
| 18. Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Anheuser Busch | A | Dividend | L | T | | | | | |
| 20. Berkshire Hathaway | A | Dividend | L | T | | | | | |
| 21. Bristol Myers Squibb | C | Dividend | N | T | | | | | |
| 22. Brown Forman Inc. | A | Dividend | K | T | | | | | |
| 23. Chevron Corp. | B | Dividend | M | T | | | | | |
| 24. Cincinnati Fin.Corp. | A | Dividend | L | T | | | | | |
| 25. Clorox Co. | A | Dividend | K | T | | | | | |
| 26. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 27. Disney Co. | A | Dividend | K | T | | | | | |
| 28. Ebay Inc. | A | Dividend | K | T | buy | 9-13 | K | | |
| 29. Exxon Mobil | B | Dividend | M | T | | | | | |
| 30. General Electric Co. | B | Dividend | | | sale | 9-10 | K | E | |
| 31. General Electric Co. | B | Dividend | | | sale | 9-10 | K | E | |
| 32. General Electric Co. | B | Dividend | M | T | | | | | |
| 33. Glaxco Smith Kline | A | Dividend | K | T | gift | 1-10 | K | A | |
| 34. Growth Fd. Of America | A | Dividend | L | T | buy | 9-10 | L | | |
| 35. Hilliard Lyons Growth | B | Dividend | K | T | sale | 4-10 | K | A | (partial) |
| 36. Home Depot Inc. | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place " X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date; Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 38. MBIA Inc. | A | Dividend | L | T | | | | | |
| 39. Merck and Co. | A | Dividend | J | T | sale | 5-28 | J | A | (partial) |
| 40. Microsoft | A | Dividend | M | T | sale | 9-10 | K | E | |
| 41. Moodys | A | Dividend | L | T | | | | | |
| 42. Nike | | None | | | | | J | A | all stock sold 4/22/03 |
| 43. Proctor & Gambill | B | Dividend | M | T | | | | | |
| 44. RH Burnhey Inv. LLC | D | Dividend | N | T | | | | | |
| 45. Safeguard Scientifics | A | Dividend | | | sale | 9-10 | J | A | |
| 46. Sara Lee Corp. | A | Dividend | K | T | | | | | |
| 47. Solectron | A | Dividend | | | sale | 9-10 | J | A | |
| 48. Starbucks Corp. | A | Dividend | K | T | buy | 9-13 | K | | |
| 49. SY Bank Corp. | A | Dividend | J | T | buy | 12-4 | J | | |
| 50. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 51. Walgreens | A | Dividend | K | T | | | | | |
| 52. Washington Mut. Inc. | A | Dividend | K | T | buy | 1-10 | K | | |
| 53. Wyeth, formerly Amer. Home Prod. | C | Dividend | L | T | | | | | |
| 54. Zebra Tech. | A | Dividend | K | T | buy | 9-13 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and B4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Zimmer Hidgs | A | Dividend | K | T | | | | | |
| 56. TRUST - A | D | Dividend | N | T | | | | | |
| 57. Blackrock Fd. | | | | | | | | | See Note 1 |
| 58. Gen.Elect. | | | | | | | | | |
| 59. National City | | | | | | | | | |
| 60. PNC Bank | | | | | | | | | See Note 2 |
| 61. SY Bank | | | | | | | | | See Note 2 |
| 62. JP Morgan Co. | | | | | buy | 8-1 | J | | |
| 63. TRUST-S - Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | See Note 2 |
| 64. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 65. BP PLC ADR | | | | | | | | | |
| 66. Coca Cola Co | | | | | | | | | See Note 2 |
| 67. Gannett Co. | | | | | | | | | |
| 68. Glaxo Wellcome PLC | | | | | | | | | |
| 69. Honeywell Intl. | | | | | buy | 5-24 | J | | |
| 70. Johnson & Johnson | | | | | | | | | |
| 71. Marsh & McLennan | | | | | | | | | |
| 72. McGraw-Hill Co. | | | | | buy | 3-20 | J | | (2) 3-20-03 |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. National City Corp. | | | | | | | | | |
| 74. Nokia Corp. | | | | | buy | 5-25 | J | | |
| 75. Proctor & Gamble | | | | | | | | | |
| 76. Schlumberger Ltd. | | | | | | | | | |
| 77. Verizon Communications | | | | | | | | | |
| 78. CHARITABLE FOUNDATION - H | C | Dividend | M | T | | | | | |
| 79. Hilliard Lyons Growth | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C3) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Note 1 - The Blackrock Fd is a PNC Money Market Fund that I have owned for some time, but specifically identified in 2004. Previously identified as cash or Cash Equiv. Fd.

Note 2 - This stock was owned in 2003.

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

HEYBURN II, JOHN G

Date of Report

3/15/2005

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___4·22·05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544